BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:02-MJ-02298 |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S REQUEST TO DISMISS COMPLAINT AND ORDER [FED.R.CRIM.PROC. 48(A)] |
| FRANCISCO J. RAMIREZ, | |
| Defendant. | |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and requests leave of the Court to dismiss the Complaint as to the above-named defendant and recall the arrest warrant as more than five (5) years has elapsed since the offense was committed.

Dated: August 28, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney

                                      By: /s/ LAUREL J. MONTOYA
                                          LAUREL J. MONTOYA
                                          Assistant United States Attorney

IT IS SO ORDERED.

   Dated:  **August 28, 2014**                **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

RAMIREZ MOTION TO DISMISS COMPLAINT; PROPOSED ORDER